# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
2011 JAN 27 PM 3:04

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 10CR5033-LAB |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| MIGUEL MEDRANO-VALENZUELA, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

___  of the offense(s) of the Indictment/Information:

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 26, 2011

NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE